# EXHIBIT A



**KSB / ALL**
**Transmittal Number: 23960643**
**Date Processed: 10/23/2021**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| **Entity Served:** | State Farm Fire and Casualty Co |
| **Title of Action:** | Kristopher Wiggins vs. State Farm Mutual Automobile Insurance Company |
| **Matter Name/ID:** | Kristopher Wiggins vs. State Farm Mutual Automobile Insurance Company<br>(11672303) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Class Action |
| **Court/Agency:** | Oconee County Court of Common Pleas, SC |
| **Case/Reference No:** | 2021CP3700701 |
| **Jurisdiction Served:** | South Carolina |
| **Date Served on CSC:** | 10/22/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | Dept. of Insurance |
| **How Served:** | Certified Mail |
| Sender Information: | Johnson, Smith, Hibbard & Wildman Law Firm, L.L.P.<br>864-582-8121 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



# South Carolina
# Department of Insurance

**HENRY McMASTER**
Governor

**RAYMOND G. FARMER**
Director

October 20, 2021

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
STATE FARM FIRE AND CASUALTY CO
c/o Corporation Service Company
508 Meeting Street
West Columbia, SC 29169

Dear Sir:

On October 20, 2021, I accepted service of the attached Summons and Complaint on your behalf. I am, hereby, forwarding that accepted process on to you pursuant to the provisions of S.C. Code Ann. § 38-5-70. By forwarding accepted process on to you, I am meeting a ministerial duty imposed upon me by S.C Code Ann. § 15-9-270. I am not a party to this case. The State of South Carolina Department of Insurance is not a party to this case. It is important for you to realize that service was effected upon your insurer on my date of acceptance for service.

**You must promptly acknowledge in writing your receipt of this accepted process to spurvis@doi.sc.gov. When replying, please refer to File Number 186236, Kristopher Wiggins , et al. v. STATE FARM FIRE AND CASUALTY CO, et al., 2021-CP-37-00701.**

By:

*Gwendolyn Keller McGriff*

Gwendolyn McGriff
General Counsel
(803)737-6732

Sincerely Yours,

Raymond G. Farmer
Director
State of South Carolina
Department of Insurance

Attachment

CC:     Shane W. Rogers
        Post Office Drawer 5587
        Spartanburg, SC 29304

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF OCONEE | C.A. No. _____ |
| | (JURY-TRIAL DEMANDED) |
| KRISTOPHER WIGGINS and BILLY PAUL COBB, on behalf of themselves and all others similarly situated, | |
| PLAINTIFFS, | |
| | **SUMMONS** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, | |
| DEFENDANTS. | |

TO: THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to the Complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the Complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

/s/Shane W. Rogers
Doug Smith (SC Bar No. 5222)
Shane W. Rogers (SC Bar No. 16701)
Johnson, Smith, Hibbard & Wildman Law Firm, L.L.P.
220 N. Church Street, Suite 4 (29306)
Post Office Drawer 5587
Spartanburg, South Carolina 29304
Telephone: (864) 582-8121
Facsimile: (864) 585-5328
Email: dsmith@jshwlaw.com
Email: srogers@jshwlaw.com

and

HANK BATES, *pro hac forthcoming*
TIFFANY WYATT OLDHAM, *pro hac forthcoming*
LEE LOWTHER, *pro hac forthcoming*
JAKE G. WINDLEY, *pro hac forthcoming*
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th St.
Little Rock, AR 72201
Tel: (501) 312-8500
Fax: (501) 312-8505

*Counsel for Plaintiffs and the Proposed Class*

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF OCONEE | ) | C.A. No. _____ |
| | ) | (JURY-TRIAL DEMANDED) |
| KRISTOPHER WIGGINS and | ) | |
| BILLY PAUL COBB, on behalf of | ) | |
| themselves and all others similarly | ) | |
| situated, | ) | |
| PLAINTIFFS, | ) | |
| | ) | **CLASS ACTION COMPLAINT** |
| vs. | ) | |
| | ) | |
| STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY and STATE FARM FIRE | ) | |
| AND CASUALTY COMPANY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Plaintiffs Kristopher Wiggins and Billy Paul Cobb ("Plaintiffs"), bring this class action on behalf of themselves and all others similarly situated, by and through undersigned counsel, and for their Complaint against Defendants State Farm Mutual Automobile Insurance Company ("State Farm Mutual") and State Farm Fire and Casualty Company ("State Farm Fire") (collectively, "Defendants" or "State Farm Entities") state and allege as follows:

## INTRODUCTION

1.     This is a class action in which Plaintiffs seek to represent State Farm insureds in South Carolina who received a payment for the loss of a totaled vehicle where State Farm used valuation reports prepared by Audatex North America, Inc. ("Audatex") to determine the actual cash value of the loss vehicles. Under the terms of its insurance policies, the State Farm Entities have a duty to pay, and represent that they do pay, the actual cash value of a loss vehicle when adjusting total loss claims. By using Audatex

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

valuation reports, the State Farm Entities systemically thumb the scale against their insureds when calculating the actual cash value of their loss vehicles by applying so-called "Typical Negotiation Adjustments."

2.     Instead of using the internet list price of comparable vehicles, the State Farm Entities improperly reduce that price, and in turn the valuation amount, by applying Typical Negotiation Adjustments without any documentation that the assumed discount was available. These adjustments are based on the factually erroneous assumption that, during the Class period, insureds would be able to negotiate a reduction in the list price of comparable used automobiles, which during the Class period would be highly atypical and contrary to the modern used car industry's market pricing and inventory management practices.

3.     The adjustments also are contrary to appraisal standards and methodologies that do not permit arbitrary adjustments not based on observed and verifiable data. The impropriety and arbitrariness of the State Farm Entities' Typical Negotiation Adjustments are further demonstrated by the fact that (a) they are not applied by the major competitor of the State Farm Entities' vendor Audatex and (b) not applied by the State Farm Entities to insureds in other states, including California.

4.     This pattern and practice of undervaluing comparable and total loss vehicles when paying automobile total loss claims through the systemic use of these factually erroneous adjustments, which benefits the insurer at the expense of the insured, violates the State Farm Entities' policies with their insureds.

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

## JURISDICTION AND VENUE

5.      Plaintiffs and all proposed class members are citizens of the State of South Carolina. State Farm Mutual Automobile Insurance Company is an insurance company authorized to do business in the State of South Carolina, and, at all relevant times hereto, was engaged in the marketing, sale, and issuance of automobile insurance policies in the State of South Carolina. Likewise, State Farm Fire and Casualty Company is an insurance company authorized to do business in the State of South Carolina, and, at all relevant times hereto, was engaged in the marketing, sale, and issuance of automobile insurance policies in the State of South Carolina.

6.      The compensatory damages being sought by each Plaintiff do not exceed $75,000, and no individual member of the Class would possess a compensatory damage claim in excess of $75,000. Additionally, the aggregate compensatory damages (in the amount of Typical Negotiation Adjustments wrongfully deducted), claimed by Plaintiffs and the Class are believed to be below the $5,000,000 federal jurisdictional threshold under the Class Action Fairness Act ("CAFA").

7.      Accordingly, this Court has jurisdiction over the parties and the subject matter of this lawsuit.

8.      Venue is proper pursuant to S.C. Code Ann. § 15-7-70.

## PARTIES

9.      Plaintiff Kristopher Wiggins resides in Charleston County and is a citizen of the State of South Carolina. At all relevant times hereto, Plaintiff Wiggins was contracted with State Farm Mutual Automobile Insurance Company for automobile

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

insurance. On or about February 23, 2021, Plaintiff Wiggins's insured vehicle was deemed a total loss.

10.     Plaintiff Billy Paul Cobb resides in Oconee County and is a citizen of the State of South Carolina. At all relevant times hereto, Plaintiff Cobb was contracted with State Farm Fire and Casualty Company for automobile insurance. On or about June 3, 2021, Plaintiff Cobb's insured vehicle was deemed a total loss.

11.     Defendant State Farm Mutual Automobile Insurance Company is an automobile insurance company that owns numerous offices throughout the United States, including the State of South Carolina. Defendant State Farm Mutual Automobile Insurance Company's corporate headquarters are located at One State Farm Plaza, Bloomington, IL 61710. Defendant State Farm Mutual conducts business in South Carolina through insurance agents and other company personnel.

12.     Defendant State Farm Fire and Casualty Company is an automobile insurance company that owns numerous offices throughout the United States, including the State of South Carolina. Defendant State Farm Fire and Casualty Company's corporate headquarters are located at One State Farm Plaza, Bloomington, IL 61710. Defendant State Farm Fire conducts business in South Carolina through insurance agents and other company personnel.

## FACTUAL ALLEGATIONS

13.     Plaintiff Wiggins owned a 2009 Chevrolet Silverado C1500 that was deemed a total loss on or around February 23, 2021.

14.     Like all members of the State Farm Mutual Class, Plaintiff Wiggins made a first-party property damage claim with State Farm Mutual.

4

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

15.    Like all members of the putative State Farm Mutual Class, State Farm Mutual declared Plaintiff Wiggins's vehicle to be a total loss.

16.    Plaintiff Cobb owned a 2010 Ford Ranger XLT that was deemed a total loss on or around June 3, 2021.

17.    Like all members of the State Farm Fire Class, Plaintiff Cobb made a first-party property damage claim with State Farm Fire and Casualty Company.

18.    Like all members of the putative State Farm Fire Class, State Farm Fire declared Plaintiff Wiggins's vehicle to be a total loss.

19.    Pursuant to the terms of their contracts, which are, and have been, substantively identical for all members of both putative Classes during the Class period, the State Farm Entities elected to pay Plaintiffs the actual cash value of their insured vehicles.

20.    When calculating their valuations and claims payments, the State Farm Entities systemically employ a routine "total loss settlement process." The process has no material differences relevant to this action.

21.    This process involves obtaining a "Market-Driven Valuation" report from Audatex and then using and relying upon the valuation provided to determine the benefit payment under the insured's policy.

22.    State Farm Mutual provided a Market-Driven Valuation to Mr. Wiggins on are around February 23, 2021. *See* Exhibit 1.

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

23.     State Farm Mutual valued Plaintiff Wiggins's total loss claim at $12,524.00[1] and paid Plaintiff Wiggins that amount as the actual cash value of his totaled vehicle.

24.     To arrive at that valuation, the Market-Driven Valuation report provided the prices of four different comparable vehicles advertised for sale online and applied a Typical Negotiation Adjustment of approximately 6% to each one. *Id.* at 6–7.

25.     Likewise, State Farm Fire provided a Market-Driven Valuation to Mr. Cobb on are around June 3, 2021. *See* Exhibit 2.

26.     State Farm Fire valued Plaintiff Cobb's total loss claim at $12,194.00[2] and paid Plaintiff Cobb that amount as the actual cash value of his totaled vehicle.

27.     To arrive at that valuation, the Market-Driven Valuation report provided the prices of two different comparable vehicles advertised for sale online and applied a Typical Negotiation Adjustment of approximately 6% to each one. *Id.* at 5.

28.     The use of the Typical Negotiation Adjustment to adjust Plaintiffs' total loss claims downward violates the applicable insurance policy, in that these adjustments are unfounded, are factually erroneous, and were applied solely to pay Plaintiffs less than the actual cash value of their total loss vehicles they were entitled to by contract.

29.     In truth, the State Farm Entities' Typical Negotiation Adjustments do not reflect market realities and run contrary to customary automobile dealer practices and inventory management, where list prices are priced to market to reflect the intense competition brought about by consumers' ability to comparison shop for used vehicles online. During the Class period, a negotiated price discount would be highly atypical and

---

[1] This amount is not inclusive of tax, title, and transfer fees.
[2] This amount is not inclusive of tax, title, and transfer fees.

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

therefore is not proper to include in determining actual cash value. The inclusion of this significant downward adjustment simply because "the selling price *may* be substantially less than the asking price" is particularly improper in the context of this action—insureds who have suffered a total loss of their vehicle and need to procure a replacement have limited time to search out the illusory opportunity to obtain the below-market deal the State Farm Entities assume, wrongly, to always exist. Ex. 1 at 6; Ex. 2 at 5 (emphasis added).

30.     Moreover, the State Farm Entities' Typical Negotiation Adjustments are contrary to appraisal standards. There are multiple generally-recognized and acceptable methodologies for determining actual cash value, including use of comparable vehicles. The State Farm Entities begin the process of valuing loss vehicles using a comparative methodology but improperly deviate from that process by thumbing the scales against their insureds. The State Farm Entities document the loss vehicle's and each comparable vehicle's mileage, options, and trim, which are compared in the report, and make dollar adjustments accordingly. Plaintiffs does not challenge these documented adjustments. At this stage of the process, the State Farm Entities abandon the comparative methodology and apply adjustments that are contrary to proper appraisal methodologies for determining actual cash value. Appraisers use advertised prices and only make adjustments based on observed and verifiable data; appraisal standards do not permit arbitrary adjustments from the advertised price based upon undocumented and unverifiable projections and assumptions.

31.     The impropriety and arbitrariness of the State Farm Entities' Typical Negotiation Adjustments are further demonstrated by the fact that Audatex's primary competitor in providing valuation reports to insurance companies—CCC Intelligent

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Solutions—does not apply these adjustments. Instead, CCC Intelligent Solutions uses list prices.

32.    The impropriety and arbitrariness of the State Farm Entities' Typical Negotiation Adjustments are further demonstrated by the fact that they do not apply these adjustments when valuing total losses in California. There is no justification for applying these adjustments when valuing total losses in South Carolina while not subjecting California claimants to the same negative adjustments.

33.    Mr. Wiggins, Mr. Cobb, and each member of the putative Classes were damaged by the State Farm Entities' application of these Typical Negotiation Adjustments because they were not paid the actual cash value they would have received had the State Farm Entities applied proper methodologies and appraisal standards consistent with their contractual obligations and representations.

34.    Were it not for this improper, factually erroneous adjustment, the "Market Value" in each valuation report would have been higher, resulting in a higher payment to insureds for actual cash value. Specifically, were it not for this unfounded, factually erroneous adjustment, State Farm Mutual's payment of actual cash value to Mr. Wiggins would have been $848 higher,[3] before adding the related increase in payments for applicable sales taxes.

35.    Were it not for this unfounded, factually erroneous adjustment, State Farm Fire's payment of actual cash value to Mr. Cobb would have been $749 higher,[4] before adding the related increase in payments for applicable sales taxes.

---

[3] $848 is the average of the Typical Negotiation Adjustments applied to each of the four comparable vehicles in Plaintiff Wiggins's valuation report.
[4] $749 is the average of the Typical Negotiation Adjustments applied to each of the two comparable vehicles in Plaintiff Cobb's valuation report.

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

## CLASS ACTION ALLEGATIONS

36.     This action is brought by Plaintiffs as a class action, on their own behalf and on behalf of all others similarly situated, under the provisions of Rule 23 of the South Carolina Rules of Civil Procedure, for declaratory judgment and monetary restitution, plus interest, injunctive relief, costs, and attorney's fees. Plaintiffs seek certification of this action as a class action on behalf of the following classes (the "Class"):

> **State Farm Mutual Class:** All persons insured by a contract of automobile insurance issued by State Farm Mutual Automobile Insurance Company to a South Carolina resident, and who, from the earliest allowable time through the date of resolution of this action, received a first-party total loss valuation and payment that included a downward adjustment premised on a "Typical Negotiation Adjustment" or similar adjustment.

> **State Farm Fire Class:** All persons insured by a contract of automobile insurance issued by State Farm Mutual Fire and Casualty Company to a South Carolina resident, and who, from the earliest allowable time through the date of resolution of this action, received a first-party total loss valuation and payment that included a downward adjustment premised on a "Typical Negotiation Adjustment" or similar adjustment.

37.     Excluded from the Classes are Defendants, any parent, subsidiary, affiliate, or controlled person of Defendants, as well as the officers and directors of Defendants and the immediate family members of any such person. Also excluded is any judge who may preside over this cause of action.

38.     The exact number of members of the Classes, as herein identified and described, is not known, but it is estimated to be at least one hundred in each Class. Accordingly, the Classes are so numerous that joinder of individual members herein is impracticable.

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

39.     There are common questions of law and fact in the action that relate to and affect the rights of each member of the Classes, and the relief sought is common to the entire classes. In particular, the common questions of law and fact include:

a.     Whether the State Farm Entities systemically applied Typical Negotiation Adjustments or substantially similar adjustments to calculate the value of total loss vehicles;

b.     Whether, through the above referenced practice, the State Farm Entities failed to pay its insureds the actual cash value of their loss vehicles;

c.     Whether, through the above referenced practice, the State Farm Entities breached their contracts with their insureds;

d.     Whether Plaintiffs and members of the Classes are entitled to declaratory and injunctive relief; and

e.     Whether Plaintiffs and members of the Class are entitled to compensatory damages in the amount of the invalid adjustment applied to Plaintiffs' and each Class member's valuation.

40.     The claims of the Plaintiffs, who are representative of the Classes herein, are typical of the claims of the proposed Classes, in that the claims of all members of the proposed Classes, including the Plaintiffs, depend on a showing of the same acts of the State Farm Entities giving rise to the right of Plaintiffs to the relief sought herein. There is no conflict between the individually named Plaintiffs and other members of the proposed Classes with respect to this action, or with respect to the claims for relief set forth herein.

41.     The named Plaintiffs are representative parties for the Classes, and are able to, and will fairly and adequately, protect the interests of the Classes. The attorneys for

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Plaintiffs and the Classes are experienced and capable in complex civil litigation, insurance litigation, and class actions.

42.    The amount in controversy for each member of Classes exceeds $100.00.

**FIRST CAUSE OF ACTION**
**BREACH OF CONTRACT**
(ON BEHALF OF PLAINTIFF WIGGINS
AND THE STATE FARM MUTUAL CLASS)

43.    Plaintiffs hereby repeats and realleges all preceding paragraphs contained herein.

44.    State Farm Mutual's insurance contract with its insureds provides coverage for the total loss of a vehicle on the basis of actual cash value or replacement with another of like kind and quality. Moreover, in determining the actual cash value of a total loss vehicle, State Farm Mutual must consider the vehicle's fair market value at the time of loss.

45.    Through the use of improper and unfounded Typical Negotiation Adjustments in Audatex Market-Driven Valuation reports, State Farm Mutual handled, adjusted, and paid Plaintiff Wiggins's claim, and the claims of the members of the putative State Farm Mutual Class, for less than the actual cash value required by State Farm Mutual's insurance contracts.

46.    State Farm Mutual's breaches have resulted in a systemic failure to pay the actual cash value of total loss vehicles as required under the contract.

47.    State Farm Mutual's breaches of contract and violations of law have caused damages to Plaintiff Wiggins and members of the State Farm Mutual Class. Plaintiff Wiggins's and proposed State Farm Mutual Class members' damages include the amounts improperly deducted by State Farm Mutual from the insureds' payments on the basis of a

11

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Typical Negotiation Adjustment. Specifically, Plaintiff Wiggins's damages are $848, exclusive of the taxes and fees owed on that amount, plus pre-judgment and post-judgment interest.

### SECOND CAUSE OF ACTION
**BREACH OF CONTRACT**
(ON BEHALF OF PLAINTIFF COBB
AND THE STATE FARM FIRE CLASS)

48.      Plaintiffs hereby repeats and realleges all preceding paragraphs contained herein.

49.      State Farm Fire's insurance contract with its insureds provides coverage for the total loss of a vehicle on the basis of actual cash value or replacement with another of like kind and quality. Moreover, in determining the actual cash value of a total loss vehicle, State Farm Fire must consider the vehicle's fair market value at the time of loss.

50.      Through the use of improper and unfounded Typical Negotiation Adjustments in Audatex Market-Driven Valuation reports, State Farm Fire handled, adjusted, and paid Plaintiff Cobb's claim, and the claims of the members of the putative State Farm Fire Class, for less than the actual cash value required by State Farm Fire's insurance contracts.

51.      State Farm Fire's breaches have resulted in a systemic failure to pay the actual cash value of total loss vehicles as required under the contract.

52.      State Farm Fire's breaches of contract and violations of law have caused damages to Plaintiff Cobb and members of the State Farm Fire Class. Plaintiff Cobb's and proposed State Farm Fire Class members' damages include the amounts improperly deducted by State Farm Fire from the insureds' payments on the basis of a Typical

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Negotiation Adjustment. Specifically, Plaintiff Cobb's damages are $749, exclusive of the taxes and fees owed on that amount, plus pre-judgment and post-judgment interest.

### THIRD CAUSE OF ACTION
### DECLARATORY JUDGMENT
### (ON BEHALF OF PLAINTIFF WIGGINS
### AND THE STATE FARM MUTUAL CLASS)

53.    Plaintiffs hereby repeats and realleges all preceding paragraphs contained herein.

54.    A judiciable dispute between Plaintiff Wiggins and the proposed State Farm Mutual Class and State Farm Mutual is before this Court under S.C. Code Ann. §15-53-10, *et seq.* concerning the construction of the auto insurance policies issued by State Farm Mutual and the rights arising under those policies.

55.    Plaintiff Wiggins, for himself and on behalf of the State Farm Mutual Class, seeks a declaration of rights and liabilities of the parties herein. Specifically, Plaintiff Wiggins is seeking a declaration that in paying total loss claims with first-party insureds, it is a breach of the insurance contracts with State Farm Mutual for it to base the valuation and payment of claims on values of comparable vehicles that have been reduced by factually erroneous Typical Negotiation Adjustments.

56.    State Farm Mutual's unlawful common policy and general business practice of applying Typical Negotiation Adjustments is ongoing. Accordingly, State Farm Mutual has breached, and continues to breach, the express terms of its contracts of insurance with Plaintiff Wiggins and members of the State Farm Mutual Class requiring it to settle total loss claims on the basis of the total loss vehicle's actual cash value.

57.    As a result of these breaches of contract, Plaintiff Wiggins and the members of the putative State Farm Mutual Class have been injured. Plaintiff Wiggins's and

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP370701

proposed State Farm Mutual Class members' damages include the amounts illegally deducted by State Farm Mutual from the insureds' payments.

58.    Plaintiff Wiggins seeks a declaration that State Farm Mutual's application of unfounded Typical Negotiation Adjustments results in a valuation of less than the actual cash value State Farm Mutual is required under its insurance contracts to pay insureds.

**FOURTH CAUSE OF ACTION**
**DECLARATORY JUDGMENT**
(ON BEHALF OF PLAINTIFF COBB
AND THE STATE FARM FIRE CLASS)

59.    Plaintiffs hereby repeats and realleges all preceding paragraphs contained herein.

60.    A judiciable dispute between Plaintiff Cobb and the proposed State Farm Fire Class and State Farm Fire is before this Court under S.C. Code Ann. §15-53-10, *et seq.* concerning the construction of the auto insurance policies issued by State Farm Fire and the rights arising under those policies.

61.    Plaintiff Cobb, for himself and on behalf of the State Farm Fire Class, seeks a declaration of rights and liabilities of the parties herein. Specifically, Plaintiff Cobb is seeking a declaration that in paying total loss claims with first-party insureds, it is a breach of the insurance contracts with State Farm Fire for it to base the valuation and payment of claims on values of comparable vehicles that have been reduced by factually erroneous Typical Negotiation Adjustments.

62.    State Farm Fire's unlawful common policy and general business practice of applying Typical Negotiation Adjustments is ongoing. Accordingly, State Farm Fire has breached, and continues to breach, the express terms of its contracts of insurance with

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Plaintiff Cobb and members of the State Farm Fire Class requiring it to settle total loss claims on the basis of the total loss vehicle's actual cash value.

63.     As a result of these breaches of contract, Plaintiff Cobb and the members of the putative State Farm Fire Class have been injured. Plaintiff Cobb's and proposed State Farm Fire Class members' damages include the amounts illegally deducted by State Farm Fire from the insureds' payments.

64.     Plaintiff Cobb seeks a declaration that State Farm Fire's application of unfounded Typical Negotiation Adjustments results in a valuation of less than the actual cash value State Farm Fire is required under its insurance contracts to pay insureds.

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, respectfully request that this Court:

    a)     determine that this action may be maintained as a class action under Rule 23 of the South Carolina Rules of Civil Procedure, appoint Plaintiffs as class representatives, and appoint undersigned counsel as Class Counsel;

    b)     enter an order finding that the State Farm Entities' actions described herein constitute a breach of contract;

    c)     enter a declaratory judgment that in paying total loss claims with first-party insureds, it is a breach of the insurance contract with the State Farm Entities for them to base the valuation and payment of claims on values of comparable vehicles that have been reduced by Typical Negotiation Adjustments;

    d)     enter further relief based on the declaratory judgment including an order enjoining the State Farm Entities from basing the valuation and payment of

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

claims on values of comparable vehicles that have been reduced by Typical Negotiation Adjustments;

e)     enter an order requiring the State Farm Entities to pay compensatory damages to Plaintiffs and all members of the putative Classes in the amount of 100% of the proceeds that the State Farm Entities wrongfully deducted from their insureds' payments in the form of Typical Negotiation Adjustments and related underpayment of taxes;

f)     award pre-judgment and post-judgment interest at the maximum rate permitted by applicable law;

g)     award reasonable attorneys' fees and costs pursuant to applicable law; and

h)     grant such other legal and equitable relief as the Court may deem appropriate.

## JURY DEMAND

Plaintiffs and members of the Classes hereby request a trial by jury.

Respectfully submitted,

/s/Shane W. Rogers
Doug Smith (SC Bar No. 5222)
Shane W. Rogers (SC Bar No. 16701)
Johnson, Smith, Hibbard & Wildman Law Firm, L.L.P.
220 N. Church Street, Suite 4 (29306)
Post Office Drawer 5587
Spartanburg, South Carolina 29304
Telephone: (864) 582-8121
Facsimile: (864) 585-5328
Email: dsmith@jshwlaw.com
Email: srogers@jshwlaw.com

and

HANK BATES, *pro hac forthcoming*

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

TIFFANY WYATT OLDHAM, *pro hac forthcoming*
LEE LOWTHER, *pro hac forthcoming*
JAKE G. WINDLEY, *pro hac forthcoming*
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th St.
Little Rock, AR 72201
Tel: (501) 312-8500
Fax: (501) 312-8505

*Counsel for Plaintiffs and the Proposed Class*

17

Report Date 03/02/21

2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

Solera | Audatex

# Autosource
## Market-Driven Valuation™



ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

State Farm Insurance is dedicated to delivering exceptional service to you in reference to your claim 40-16T1-58F01 from loss date 02/23/2021 on a 2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab. State Farm Insurance has selected Audatex, an independent vehicle valuation company, to prepare a comprehensive vehicle valuation for your vehicle. This valuation report was prepared specifically for your vehicle and represents a fair and accurate value driven by the retail used vehicle market.

In these pages, you will find:
=> Vehicle Inspection
=> Market Overview
=> Valuation Detail

## Market Value
## $12,524



---

### The Valuation Process

The breadth and depth of the Audatex used vehicle database makes Autosource the most comprehensive market-driven valuation process available. Audatex has been determining locally sensitive, fair, and accurate market values for vehicles since 1985, with more than 30 million vehicles valued. The Autosource Market Value includes vehicles for sale at dealerships and private party sellers, starting right in the local market.

---

### Valuation Detail

**1. 2009 Chevrolet Silverado C1500 LT 2WD 4D Ext Cab**

|  | Comparable 1 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Charleston, Sc |  | **$12,211** |
| Odometer | 132,968 Mi(Actual) | 182,293 Mi(Actual) | -985 |
| Equipment |  | Automatic Dimming Mirror | 5 |
|  |  | Locking Differential | 35 |
|  |  | Fog Lights | 15 |
|  |  | Metallic Paint | 10 |
|  | Chrome Steel Wheels | 20 Inch Alloy Wheels | 130 |
| Packages |  | Bucket Seat Package | 75 |
|  |  | EZ-Lift Tailgate Package | 5 |
|  |  | Heavy Duty Trailering Pkg | 25 |

---

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 03/02/21                                          2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

| | | | Comparable 1 Adjusted Price | $11,526 |

### 2. 2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

| | Comparable 2 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Valdosta, Ga | | **$12,570** |
| Odometer | 133,578 Mi(Actual) | 182,293 Mi(Actual) | -975 |
| | Chrome Grille | | -40 |
| | | Metallic Paint | 10 |
| | Power Drivers Seat | Dual Power Seats | 15 |
| | Leather Seats | Velour/Cloth Seats | -125 |
| | Chrome Steel Wheels | 20 Inch Alloy Wheels | 130 |
| Packages | | Bucket Seat Package | 75 |
| | Custom Leather Package | | -60 |
| | Exterior Plus Package | | -50 |
| | | Heavy Duty Trailering Pkg | 25 |
| | Interior Plus Package | | -30 |
| | | Comparable 2 Adjusted Price | $11,545 |

### 3. 2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

| | Comparable 3 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Atlanta, Ga | | **$14,095** |
| Odometer | 73,100 Mi(Actual) | 182,293 Mi(Actual) | -2,185 |
| | | Automatic Dimming Mirror | 5 |
| | | Locking Differential | 35 |
| | | Fog Lights | 15 |
| | | Metallic Paint | 10 |
| | Chrome Steel Wheels | 20 Inch Alloy Wheels | 130 |
| Packages | | Bucket Seat Package | 75 |
| | | EZ-Lift Tailgate Package | 5 |
| | | Heavy Duty Trailering Pkg | 25 |
| | | Comparable 3 Adjusted Price | $12,210 |

### 4. 2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

| | Comparable 4 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Hattiesburg, Ms | | **$12,685** |
| Odometer | 161,256 Mi(Actual) | 182,293 Mi(Actual) | -420 |
| | | Metallic Paint | 10 |
| | Power Drivers Seat | Dual Power Seats | 15 |
| | Aluminum/Alloy Wheels | 20 Inch Alloy Wheels | 105 |
| Packages | | Bucket Seat Package | 75 |
| | Exterior Plus Package | | -50 |
| | | Heavy Duty Trailering Pkg | 25 |
| | Interior Plus Package | | -30 |
| | | Comparable 4 Adjusted Price | $12,415 |

**Final Market Value Calculation**

| | |
|---|---|
| 1. 2009 Chevrolet Silverado C1500 LT 2WD 4D Ext Cab | $11,526 |
| 2. 2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab | $11,545 |
| 3. 2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab | $12,210 |

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 03/02/21                                    2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

4.2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab                              $12,415

|  | | | Average Price | $11,924 |
|---|---|---|---|---|

**Condition**

| Category | Typical Condition | Loss Vehicle Condition | |
|---|---|---|---|
| Int Trim Condition | Moderate Damage | Minor Damage | 95 |
| Paint Condition | Moderate Damage | Good | 590 |
| Ext Trim Condition | Minor Damage | Good | 65 |
| Front Tires Condition | Good | Replace | -75 |
| Rear Tires Condition | Good | Replace | -75 |

| | |
|---|---|
| **Total Condition Adjusted Market Value** | **$12,524** |
| Sales Tax 3.9923% | 500.00 |
| Deductible | -500.00 |
| **Net Adjusted Value** | **$12,524.00** |

This valuation was processed using our Multiple Comparable valuation methodology.

---

## Valuation Notes

- o **Loss vehicle description was provided by State Farm Insurance**
- o **Adjustments of Special Note**
  - ¤ The requested Exception valuation has been processed using one or more Comparables in order to meet state regulatory requirements.
  - ¤ The following equipment: Dual Power Seats, does not have a manufacture cost associated with it; the adjustment was determined by using the average cost by vehicle year and category.
  - ¤ An odometer adjustment of 2.00 cents per mile/kilometer has been applied. This adjustment is based on the vehicle year, vehicle category and market area. Odometer adjustments are capped at 40% of the vehicle's starting value.
  - ¤ Typical miles for this 2009 Chevrolet Silverado C1500 in South Carolina is 173,096.
  - ¤ All values are in U.S. dollars.
- o **Autosource Valuation Process**
  - ¤ Over 8,000,000 vehicles are entered weekly into the database used for researching this value. This database includes dealer inspected, dealer inventory, dealer advertised, phone verified and advertised private party vehicles.
  - ¤ The originating search area for this valuation was Goose Creek, South Carolina.
  - ¤ The market area expansion was authorized by Autosource Guidelines.
  - ¤ The value of the Package adjustments displayed include only those items that cannot be purchased individually. Other equipment items included in the package that can be purchased separately are adjusted with the vehicle equipment, and these adjustments are noted by the applicable options.
  - ¤
- o **Other Adjustments or Comments**
  - ¤ The market area identified has multiple tax jurisdictions. Autosource was unable to identify which county or city was applicable to the total loss vehicle. However, each of the counties have the identical tax amount, therefore, the valuation was completed using this identical amount.

| Area | Taxed | Rate | Total | Tax % of Market Value |
|---|---|---|---|---|
| South Carolina | $10,000 | 5.0000% | $500.00 | 3.9923% |
| | | Total Tax: | $500.00 | 3.9923% |

- o **Conditioning Notes**
  - ¤ **INTERIOR**
    - ° **Seats:** Slight stains. Slight wear. Seams strained.
    - ° **Carpets:** Slight stains. Slight wear, usually under the pedals. Light fading. 1-3 burn marks or holes smaller than a dime.

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 03/02/21                        2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

- **Int Trim:** Slight discoloration or wear. Slight scuffs or scratches. 1-3 burn marks or holes smaller than a dime. 1 crack no greater than 1 credit card in size.
- **Glass:** No obvious damage. Numerous small pits. Light scratches visible on close inspection.
- **Headliner:** Very negligible wear visible on close inspection. Soiling removable with cleaning. No fading or discoloration.

## EXTERIOR

- **Body:** 1-3 dents or creases no greater than 1 credit card in size. No large impacts or collision dents. No surface rust.
- **Paint:** No obvious damage. 1-3 very small chips. 1-3 small scratches, no greater than 1 credit card in size, only noticeable on close inspection that can be polished out. Negligible swirl marks.
- **Ext Trim:** No damage. No dents. No impact damage. Good shine on chrome or bumper covers. Color-keyed sections in good condition. 1-3 slight scratches or marks.

## MECHANICAL

- **Engine:** Belts or accessories show slight wear or corrosion. Slight oil or fluid seepage around gaskets or covers. Poor fitting aftermarket cosmetic components.
- **Transmission:** Obvious oil seepage around any of the following: transmission housing, transaxle, differential, transfer case.

## TIRES

- **Front Tires:** 6/32
- **Rear Tires:** 3/32

---

**Vehicle Description**

## VIN: 1GCEC29J99Z270860

*2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab*



**182,293 Miles Actual**

*8cyl Gasoline 5.3*
*4 Speed Automatic*

| Interior | | | |
|---|---|---|---|
| | *Air Conditioning* | *Alarm System* | *Cruise Control* |
| | *Center Console* | *Intermittent Wipers* | *Illuminated Visor Mirror* |
| | *Lighted Entry System* | *Floor Mats* | *Overhead Console* |
| | *Power Door Locks* | *Power Windows* | *Split Folding Rear Seat* |
| | *Velour/Cloth Seats* | *Leather Steering Wheel* | *Tachometer* |
| | *Tire Pressure Monitor* | *Tilt Steering Wheel* | |

| Exterior | | | |
|---|---|---|---|
| | *Bodyside Moldings* | *Hinged Fourth Door* | *Hinged Third Door* |
| | *Keyless Entry System* | *Heated Power Mirrors* | *Metallic Paint* |
| | *Privacy Glass* | *Chrome Step Bumper* | *Tinted Glass* |
| | *Tow Hooks* | *20 Inch Alloy Wheels* | |

| Mechanical | | | |
|---|---|---|---|
| | *Heavy Duty Battery* | *Heavy Duty Suspension* | *Power Brakes* |
| | *Power Steering* | *Remote Starter* | *Full Size Spare Tire* |

| Safety | | | |
|---|---|---|---|
| | *Automatic Dimming Mirror* | *Auto Headlamp Control* | *Dual Airbags* |
| | *Anti-Lock Brakes* | *Daytime Running Lights* | *Fog Lights* |
| | *Halogen Headlights* | *Emergency S.O.S. System* | *Theft Deterrent System* |

| Entertainment | | | |
|---|---|---|---|
| | *MP3 Decoder* | *OnStar System* | *AM/FM CD Player* |
| | *XM Satellite Radio* | | |

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 03/02/21                                              2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

| Packages | *Bucket Seat Package, Bucket Seats, Dual Power Seats, Pwr Accessory Outlet(s)* |
| | *EZ-Lift Tailgate Package* |
| | *Heavy Duty Trailering Pkg, Locking Differential, Camper/Towing Package, Trailer Hitch* |
| | *LT1 Package* |
| Trim Levels | Work Truck, LS, *LT, LTZ                    * Indicates your trim level |

A detailed description of your vehicle was provided to Autosource by a trained appraiser. Through a partnership with Chevrolet, Audatex AudaVIN retrieves the individual vehicle specifications to identify the vehicle specifications including equipment, packages, engine and transmission. Contact State Farm Insurance if revisions are necessary. The bold/italic font indicates options reported by the manufacturer.

## Vehicle Condition

| | |
|---|---|
| Seats | Minor Wear. Slight Stains.Slight Wear.Seams Strained. |
| Carpets | Minor Wear. Slight Stains.Slight Wear, Usually Under The Pedals.Light Fading.1-3 Burn Marks Or Holes Smaller Than A Dime. |
| Int Trim | Minor Wear. Slight Discoloration Or Wear.Slight Scuffs Or Scratches.1-3 Burn Marks Or Holes Smaller Than A Dime.1 Crack No Greater Than 1 Credit Card In Size. |
| Glass | Good. No Obvious Damage.Numerous Small Pits.Light Scratches Visible On Close Inspection. |
| Headliner | Good. Very Negligible Wear Visible On Close Inspection.Soiling Removable With Cleaning.No Fading Or Discoloration. |
| Body | Minor Damage. 1-3 Dents Or Creases No Greater Than 1 Credit Card In Size.No Large Impacts Or Collision Dents.No Surface Rust. |
| Paint | Good. No Obvious Damage.1-3 Very Small Chips.1-3 Small Scratches, No Greater Than 1 Credit Card In Size, Only Noticeableon Close Inspection That Can Be Polished Out.Negligible Swirl Marks. |
| Ext Trim | Good. No Damage.No Dents.No Impact Damage.Good Shine On Chrome Or Bumper Covers.Color-Keyed Sections In Good Condition.1-3 Slight Scratches Or Marks. |
| Engine | Minor Wear. Belts Or Accessories Show Slight Wear Or Corrosion.Slight Oil Or Fluid Seepage Around Gaskets Or Covers.Poor Fitting Aftermarket Cosmetic Components. |
| Transmission | Minor Wear. Obvious Oil Seepage Around Any Of The Following: Transmission Housing,transaxle, Differential, Transfer Case. |
| Front Tires | Replace. 6/32 |
| Rear Tires | Replace. 3/32 |

## Market Overview



### ❓ What is my Vehicle Market Value based on?

**29445, Goose Creek South Carolina**–Research for your vehicle was based on market analysis originating from your zip/postal code.

Fair and accurate market valuations must balance geographic location with comparability of one vehicle to others. Having the largest and most current database of vehicles for sale provides a comprehensive view of your vehicle's market. In addition to the vehicle inventories received directly from dealerships, Autosource finds comparable vehicle information for vehicles in the same places most buyers look for them–local and national internet websites, vehicle guides, publications and partnerships representing more than 10,000 independent vehicle sources.

## ⚙ How did Autosource make adjustments for my vehicle?

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 03/02/21                                    2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

The main factors that affect the retail selling price and marketability of a vehicle are **odometer, equipment and condition**. Therefore, Autosource valuations include adjustments that fairly consider the differences between your vehicle and the typical vehicle found in the market.

- o Odometer
  - ¤ Adjustments are made to account for the odometer differences between the loss vehicle and comparable(s).
  - ¤ The odometer adjustment is based on 2.00 cents per mile specific to the 2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab in the state of South Carolina. Odometer adjustments are capped at 40% of the vehicle's starting value.
- o Equipment
  - ¤ Adjustments are made to account for the differences in equipment between the loss vehicle and comparable(s).
  - ¤ Equipment adjustments are based on the manufacturer's retail price, adjusted for depreciation
- o Condition
  - ¤ Typical condition is based on hundreds of inspected vehicles
  - ¤ Condition adjustments are based on a percentage of the vehicle's value

---

**Comparable Vehicle Details**

---

The following information provides the details for the vehicles used to calculate the Autosource Value. The selling price may be substantially less than the asking price. Where indicated, the asking price has been adjusted to account for typical negotiation according to each comparables price.

---

**1  2009 Chevrolet Silverado C1500 LT 2WD 4D Ext Cab     1GCEC29J99Z190460                     $12,211**

Stock# RC3366. 132968 Miles. 8 Cylinder 5.3 Engine, 4 Speed Automatic, LT1 Package, Anti-Lock Brakes, Air Conditioning, Auto Headlamp Control, Alarm System, Bodyside Moldings, Cruise Control, AM/FM CD Player, Chrome Steel Wheels, Chrome Step Bumper, Center Console, Dual Airbags, Heated Power Mirrors, Daytime Running Lights, Floor Mats, Full Size Spare Tire, Halogen Headlights, Heavy Duty Battery, Hinged Fourth Door, Heavy Duty Suspension, Hinged Third Door, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Lighted Entry System, Leather Steering Wheel, MP3 Decoder, Overhead Console, OnStar System, Power Brakes, Power Door Locks, Privacy Glass, Power Steering, Power Windows, Split Front Bench Seat, Split Folding Rear Seat, Emergency S.O.S. System, Tachometer, Theft Deterrent System, Tinted Glass, Tow Hooks, Tire Pressure Monitor, Tilt Steering Wheel, Velour/Cloth Seats, XM Satellite Radio, Assist Handle, Power Outlet, Seat Belts.

Offered for sale by Right Choice Automotive in Charleston, SC, (843) 793-4322. Vehicle information by *Leading Internet Auto Site on 12/15/20.

The advertised price of $12,990 was adjusted to account for typical negotiation.

---

**2  2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed 1GCEC29019Z159078                       $12,570**
**   Ext Cab**

Stock# 15748CC. 133578 Miles. 8 Cylinder 5.3 Engine, 4 Speed Automatic, Billet Grille, Custom Leather Package, Exterior Plus Package, EZ-Lift Tailgate Package, Interior Plus Package, LT1 Package, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Auto Headlamp Control, Alarm System, Bodyside Moldings, Cruise Control, AM/FM CD Player, Chrome Grille, Chrome Steel Wheels, Chrome Step Bumper, Center Console, Dual Airbags, Heated Power Mirrors, Daytime Running Lights, Dual Zone Auto A/C, Power Drivers Seat, Floor Mats, Fog Lights, Full Size Spare Tire, Halogen Headlights, Heavy Duty Battery, Hinged Fourth Door, Heavy Duty Suspension, Hinged Third Door, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Locking Differential, Lighted Entry System, Leather Steering Wheel, Leather Seats, MP3 Decoder, Overhead Console, OnStar System, Power Brakes, Power Door Locks, Privacy Glass, Power Steering, Power Windows, Remote Starter, Split Front Bench Seat, Split Folding Rear Seat, Emergency S.O.S. System, Strg Wheel Radio Control, Tachometer, Theft Deterrent System, Tinted Glass, Tow Hooks, Tire Pressure Monitor, Tilt Steering Wheel, XM Satellite Radio, Flex Fuel Option, Armrest, Auto Dimming Mirror, Emergency Communication System, Exterior Plus Package, Floor Mats, Center Armrest, Blue Tooth Communications, High Performance, Suspension Package, RADIO DATA SYSTEM, Rear Power Windows, Towing Package.

Offered for sale by Prince Automotive Group in Valdosta, GA, (229) 242-3311. Vehicle information by Vast on 01/25/21.

The advertised price of $13,372 was adjusted to account for typical negotiation.

---

**3  2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed 2GCEC29J591117515                       $14,095**
**   Ext Cab**

Stock# 96061A. 73100 Miles. 8 Cylinder 5.3 Engine, 4 Speed Automatic, LT1 Package, Anti-Lock Brakes, Air Conditioning, Auto Headlamp Control, Alarm System, Bodyside Moldings, Cruise Control, AM/FM CD Player, Chrome Steel Wheels, Chrome Step Bumper, Center Console, Dual Airbags, Heated Power Mirrors, Daytime Running Lights, Floor Mats, Full Size Spare Tire, Halogen

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 03/02/21          2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

Headlights, Heavy Duty Battery, Hinged Fourth Door, Heavy Duty Suspension, Hinged Third Door, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Lighted Entry System, Leather Steering Wheel, MP3 Decoder, Overhead Console, OnStar System, Power Brakes, Power Door Locks, Privacy Glass, Power Steering, Power Windows, Split Front Bench Seat, Split Folding Rear Seat, Emergency S.O.S. System, Tachometer, Theft Deterrent System, Tinted Glass, Tow Hooks, Tire Pressure Monitor, Tilt Steering Wheel, Velour/Cloth Seats, XM Satellite Radio, Audio System Security, RADIO DATA SYSTEM, Wheel Trim, Shift Knob, Safety Certification, Split Bench Rear Seats.

Offered for sale by Bender Chevrolet Cadillac in Atlanta, GA, (678) 575-7827. Vehicle information by Cars.com on 01/05/21.

The advertised price of $14,995 was adjusted to account for typical negotiation.

| | | |
|---|---|---|
| 4 | 2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed 1GCEC29J39Z136748 Ext Cab | $12,685 |

Stock# 136748. 161256 Miles. 8 Cylinder 5.3 Engine, 4 Speed Automatic, Exterior Plus Package, EZ-Lift Tailgate Package, Interior Plus Package, LT1 Package, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Auto Headlamp Control, Alarm System, Aluminum/Alloy Wheels, Bodyside Moldings, Cruise Control, AM/FM CD Player, Chrome Step Bumper, Center Console, Dual Airbags, Heated Power Mirrors, Daytime Running Lights, Dual Zone Auto A/C, Power Drivers Seat, Floor Mats, Fog Lights, Full Size Spare Tire, Halogen Headlights, Heavy Duty Battery, Hinged Fourth Door, Heavy Duty Suspension, Hinged Third Door, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Locking Differential, Lighted Entry System, Leather Steering Wheel, MP3 Decoder, Overhead Console, OnStar System, Power Brakes, Power Door Locks, Privacy Glass, Power Steering, Power Windows, Remote Starter, Split Front Bench Seat, Split Folding Rear Seat, Emergency S.O.S. System, Strg Wheel Radio Control, Tachometer, Theft Deterrent System, Tinted Glass, Tow Hooks, Tire Pressure Monitor, Tilt Steering Wheel, Velour/Cloth Seats, XM Satellite Radio, Power Outlet, 20 inch wheels, All Season Tires, Armrest, Auto Dimming Mirror, Transmission Cooler, Chrome Door Handle(s), Exterior Plus Package, Floor Mats, Blue Tooth Communications, High Performance, Suspension Package, Power Folding Mirrors, Preferred Equipment Package, RADIO DATA SYSTEM, telemactics system, Towing Package, Trailer Brake Controller.

Offered for sale by Dealer in Hattiesburg, MS, (601) 545-2616. Vehicle information by Vast on 11/30/20.

The advertised price of $13,495 was adjusted to account for typical negotiation.

## Administrative Data

| | |
|---|---|
| FENDER MEN 00011934 | Claimant |
| State Farm Insurance | Insured Wiggins |
| SOUTHERN REGION SHOPS Branch | Claim 40-16T1-58F01 |
| | Loss Date 02/23/2021 |
| Tempe AZ 85282 | Loss Type Collision |
| | Policy |
| | Other |

License Expiration 2021-12

## VINSOURCE Analysis

VIN 1GCEC29J99Z270860

Decodes as 2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

Accuracy Decodes Correctly

History No activity was reported

AudaVIN Yes

## NICB Report

NICB/ISO S135 SOUTH CAROLINA FARM BUREAU Member

Claim 0275325          Loss Date 03/30/10

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 03/02/21                                    2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

    Type of Loss PROPERTY/CASUALTY                    Phone 8037966700

      NICB/ISO  S135 SOUTH CAROLINA FARM BUREAU
      Member
        Claim  0121638                               Loss Date 02/27/12
    Type of Loss PROPERTY/CASUALTY                    Phone 8037966700

      NICB/ISO  S037 STATE FARM MUTUAL AUTOMOBILE INSURANCE
      Member  COMPANY
        Claim  40F9653W7                             Loss Date 09/08/20
    Type of Loss PROPERTY/CASUALTY                    Phone

      NICB/ISO  S037 STATE FARM MUTUAL AUTOMOBILE INSURANCE
      Member  COMPANY
        Claim  4016T158F                             Loss Date 02/23/21
    Type of Loss PROPERTY/CASUALTY                    Phone

---

**Recall Bulletins**

No recall bulletins have been issued that apply to this vehicle

---

**Original Equipment Guide**

| Engine Options | | | Transmission Options | |
|---|---|---|---|---|
| 8 Cylinder 4.8 Engine | STD | | 6 Speed Manual | STD |
| * 8 Cylinder 5.3 Engine | $0 | * | 4 Speed Automatic | $0 |
| 8 Cylinder 5.3 FLEX Engine | $600 | | | |
| 8 Cylinder 6.0 Engine | $1,855 | | | |

| Other Optional Equipment | | | Convenience Options | |
|---|---|---|---|---|
| * Anti-Lock Brakes | STD | * | Air Conditioning | STD |
| All-Weather Mats (Floor) | $69 | * | Automatic Dimming Mirror | $60 |
| Bed Rails | | * | Auto Headlamp Control | STD |
| Bed Extender | $338 | * | Cruise Control | STD |
| Bed Mat | $133 | | Rear Window Defroster | $175 |
| * Bodyside Moldings | STD | * | Daytime Running Lights | STD |
| Chrome Grille | $422 | | Dual Zone Auto A/C | |
| * Chrome Step Bumper | STD | * | Floor Mats | STD |
| Color-Keyed Grille | $422 | * | Illuminated Visor Mirror | STD |
| Chrome Side Steps | $650 | | Mud/Splash Guards | |
| * Center Console | STD | | Reverse Sensing System | |
| * Dual Airbags | STD | | Rear View Camera | $795 |
| Engine Block Heater | $75 | | Strg Wheel Radio Control | |
| Xtra Storage Cmprtmnt(s) | $162 | * | Tire Pressure Monitor | STD |
| * Fog Lights | $140 | * | Tilt Steering Wheel | STD |
| Head Airbags | | | **Power Accessories** | |
| * Halogen Headlights | STD | * | Heated Power Mirrors | STD |
| * Heavy Duty Battery | STD | | Power Drivers Seat | $275 |
| * Hinged Fourth Door | STD | * | Dual Power Seats | |
| * Heavy Duty Suspension | STD | * | Power Brakes | STD |
| Hard Tonneau Cover | $866 | * | Power Door Locks | STD |
| * Hinged Third Door | STD | * | Power Steering | STD |

Report Date 03/02/21

2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

| | | |
|---|---|---|
| * | Intermittent Wipers | STD |
| * | Keyless Entry System | STD |
| * | Locking Differential | $325 |
| * | Lighted Entry System | STD |
| * | Leather Steering Wheel | STD |
| * | Metallic Paint | $95 |
| | Navigation System | |
| * | Overhead Console | STD |
| * | OnStar System | STD |
| * | Pwr Accessory Outlet(s) | |
| * | Privacy Glass | STD |
| | Power Adjustable Pedals | |
| * | Remote Starter | |
| | Skid Plates | $150 |
| * | Emergency S.O.S. System | STD |
| * | Tachometer | STD |
| | Tonneau/Cargo Cover | $477 |
| * | Tinted Glass | STD |
| * | Tow Hooks | STD |
| * | Camper/Towing Package | TYP |
| | Trailer Brake | $200 |
| * | Trailer Hitch | TYP |
| | Tubular Side Steps | $495 |
| | Wireless Phone Connect | $480 |

**Tires**

| | | |
|---|---|---|
| * | Full Size Spare Tire | STD |

| | | |
|---|---|---|
| | Pwr Sliding Rear Window | $250 |
| | Pwr Trailer Tow Mirrors | $240 |
| * | Power Windows | STD |

**Radio/Phone/Alarm Options**

| | | |
|---|---|---|
| * | Alarm System | STD |
| | Bose Sound System | |
| * | AM/FM CD Player | STD |
| | AM/FM In-dash CD Changer | $300 |
| * | MP3 Decoder | STD |
| | Subwoofer | |
| * | Theft Deterrent System | STD |
| * | XM Satellite Radio | STD |

**Seat Options**

| | | |
|---|---|---|
| * | Bucket Seats | |
| | Leather Seats | |
| | Split Front Bench Seat | STD |
| * | Split Folding Rear Seat | STD |
| * | Velour/Cloth Seats | STD |

**Wheel Options**

| | | |
|---|---|---|
| | 18 Inch Alloy Wheels | $295 |
| * | 20 Inch Alloy Wheels | $1,295 |
| | Aluminum/Alloy Wheels | $250 |
| | Chrome Steel Wheels | STD |

**Roof Options**

| | | |
|---|---|---|
| | Power Sunroof | $995 |

**Option Packages**

| | Option | Price | Includes |
|---|---|---|---|
| | 2-Way Advanced Remote | $398 | |
| | 3.73 Axle Ratio | $100 | |
| | 4.10 Axle Ratio | $100 | |
| | Bed Cover Bed Rug | $454 | |
| | Billet Grille | $338 | Includes Chrome Grille |
| * | Bucket Seat Package | $995 | Includes Bucket Seats, Dual Power Seats, Pwr Accessory Outlet(s), Manual Lumbar |
| | Cargo Management System | $195 | Includes Aluminum Front & Side C-Channel Rails, Adjustable Tie-Down Hooks |
| | Chrome Package | $276 | Includes Tow Hooks, Polished Exhaust Tip(s), Chrome Tow Hooks |
| | Custom Leather Package | $1,075 | Includes Power Drivers Seat, Leather Seats |
| | Deluxe Chrome Package | $554 | Includes Tow Hooks, Chrome Package, Polished Exhaust Tip(s), Chrome Mirror Caps, Chrome Tow Hooks, Chrome Door Handles |
| | Diamond Package | $258 | Includes Diamond-Patterned Metal Side Storage Box |
| | Exterior Plus Package | $825 | Includes Automatic Dimming Mirror, Heated Power Mirrors, Fog Lights, Keyless Entry System, Power Windows, Remote Starter, EZ-Lift Tailgate Package, Locking Tailgate, Mirrors With Turn Signal, Universal Remote, Power Folding Outside Mirrors |
| * | EZ-Lift Tailgate Package | $95 | Includes Locking Tailgate |
| | Hard Tonneau Cover Pkg. | $966 | Includes Hard Tri-Folding Prem Clth Tonneau Cover |

Report Date 03/02/21

2009 Chevrolet Silverado C1500 LT 2WD 4D Short Bed Ext Cab

| | | | |
|---|---|---|---|
| * | Heavy Duty Trailering Pkg | $675 | Includes Locking Differential, Camper/Towing Package, Trailer Hitch, Transmission Cooler, Trailer Tow Wiring Harness, Auxiliary Oil Cooler |
| | Interior Plus Package | $645 | Includes Dual Zone Auto A/C, Power Drivers Seat, Strg Wheel Radio Control, Bluetooth Capability |
| * | LT1 Package | STD | |
| | Max Trailering Pack | $3,160 | Includes Anti-lock Brakes, Aluminum/Alloy Wheels, Fog Lights, Locking Differential, Camper/Towing Package, Trailer Hitch, 3.73 Axle Ratio, Heavy Duty Trailering Pkg, Transmission Cooler, Trailer Tow Wiring Harness, Auxiliary Oil Cooler, Vortec 6.0 Engine |
| | Multimedia Package | $2,745 | Includes Bose Sound System, AM/FM CD Player, MP3 Player, Navigation System, Subwoofer, Premium Audio System, Real Time Traffic Information |
| | Off Road Suspension Pkg. | $275 | Includes Skid Plates, Off-Road Jounce Bumper(s), Z71 Emblem(s), High Capacity Air Cleaner, Front Stabilizer Bar |
| | Power Plus Package | $1,525 | Includes Aluminum/Alloy Wheels, Locking Differential, Camper/Towing Package, Trailer Hitch, Heavy Duty Trailering Pkg, Transmission Cooler, Vortec 5300 VI SFI, Trailer Tow Wiring Harness, Auxiliary Oil Cooler |
| | Premium Audio System | $500 | Includes Bose Sound System, Subwoofer |
| | Protection Package | $384 | Includes Bed Rails, Mud/Splash Guards |
| | Prov. for Cab Rf Mnted Lp | $30 | |
| | Safety Package | $890 | Includes Rear Window Defroster, Head Airbags, Power Adjustable Pedals, Reverse Sensing System |
| | Z71 Appearance Package | $995 | Includes 18 Inch Alloy Wheels, Fog Lights, Skid Plates, Chrome Recovery Hooks, Z71 Decals, Z71 Chrome Front Fender Emblems, Z71 Grille Insert |

| | | |
|---|---|---|
| | Base retail price | $29,800 |
| **Loss Vehicle manufacturer's suggested retail price as reported** | | **$33,155** |

Editions available for the same body style (in order of original cost, increasing): Work Truck, LS, *LT, LTZ

\* Indicates loss vehicle equipment.

---

| About Your Valuation |
|---|

This report contains proprietary information of Audatex and its partners and shall not be disclosed to any third party (other than the insurer or insured, or their legal representative; or claimant or claimant's insurer for purposes of subrogation) without Audatex's prior written consent. If you are the insured or claimant and have questions regarding the description of your vehicle, please contact the insurance company that is handling your claim. Information within VINsource/NICB is provided solely to identify potential duplicative claims activity. User agrees to use such information solely for lawful purposes.

Tax rates contained herein are based on general sales tax data provided by Vertex Inc. Excise, use, registration, licensing and other taxes and fees that may be applicable are not included. Audatex makes no representations or warranties concerning the applicability or accuracy of such tax data.

Report Generated by Audatex, a Solera Company

US Pat. No 7912740B2

US Pat. No 8200513B2

US Pat. No 8468038B2

US Pat. No 8725544

© 2021 Audatex North America, Inc. All Rights Reserved.

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 06/03/21

Solera | Audatex

# Autosource
## Market-Driven Valuation™

2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

**EXHIBIT 2**
ALL-STATE® INTERNATIONAL

State Farm Insurance is dedicated to delivering exceptional service to you in reference to your claim 40-20B8-21M01 from loss date 05/19/2021 on a 2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab. State Farm Insurance has selected Audatex, an independent vehicle valuation company, to prepare a comprehensive vehicle valuation for your vehicle. This valuation report was prepared specifically for your vehicle and represents a fair and accurate value driven by the retail used vehicle market.

## Market Value
## $12,194



In these pages, you will find:
- => Vehicle Inspection
- => Market Overview
- => Valuation Detail

---

### The Valuation Process

The breadth and depth of the Audatex used vehicle database makes Autosource the most comprehensive market-driven valuation process available. Audatex has been determining locally sensitive, fair, and accurate market values for vehicles since 1985, with more than 30 million vehicles valued. The Autosource Market Value includes vehicles for sale at dealerships and private party sellers, starting right in the local market.

---

### Valuation Detail

**1. 2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab**

| | Comparable 1 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Greenville, Sc | | **$11,276** |
| Transmission | 5 Speed Manual | 5 Speed Automatic | 90 |
| Equipment | | Bed Liner | 30 |
| | | Side Steps | 30 |
| | Bucket Seats | Split Front Bench Seat | -35 |
| | | Privacy Glass | 10 |
| | AM/FM CD Player | AM/FM In-dash CD Changer | 25 |
| | | Full Size Spare Tire | 10 |
| | Sirius Satellite Radio | | -20 |
| Packages | | Pioneer Sound System | 20 |
| | Steering Wheel Package | | -35 |

---

Claim 40-20B8-21M01                Request 56325269                                Page 1

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 06/03/21

2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

|  |  |  |  |
|---|---|---|---|
|  |  | Comparable 1 Adjusted Price | $11,401 |
| **2. 2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab** |  |  |  |
|  | Comparable 2 | Your Vehicle | Adjustments |
| **Price** | Loris, Sc | **$12,211** |  |
|  |  | Bed Liner | 30 |
|  |  | Side Steps | 30 |
|  | AM/FM CD Player | AM/FM In-dash CD Changer | 25 |
|  |  | Full Size Spare Tire | 10 |
|  | Sirius Satellite Radio |  | -20 |
|  |  | Sliding Rear Window | 15 |
| Packages |  | Pioneer Sound System. | 20 |
|  | Steering Wheel Package |  | -35 |

|  |  |
|---|---|
| Comparable 2 Adjusted Price | $12,286 |
| **Final Market Value Calculation** |  |
| 1. 2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab | $11,401 |
| 2. 2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab | $12,286 |

|  |  |  |
|---|---|---|
|  | Average Price | $11,844 |
| **Condition** |  |  |
| Category | Typical Condition | Loss Vehicle Condition |
| Int Trim Condition | Moderate Damage | Minor Damage | 80 |
| Paint Condition | Moderate Damage | Minor Wear | 335 |
| Rear Tires Condition | Good | Replace | -65 |

|  |  |
|---|---|
| **Total Condition Adjusted Market Value** | **$12,194** |
| Sales Tax 4.1004% | 500.00 |
| Deductible | -500.00 |
| **Net Adjusted Value** | **$12,194.00** |

This valuation was processed using our Multiple Comparable valuation methodology.

---

| **Valuation Notes** |
|---|

- o **Loss vehicle description was provided by State Farm Insurance**
- o **Adjustments of Special Note**
  - ¤ The requested Exception valuation has been processed using one or more Comparables in order to meet state regulatory requirements.
  - ¤ Typical miles for this 2010 Ford Ranger in South Carolina is 143,715.
  - ¤ No special adjustments were made for this vehicle.
  - ¤ All values are in U.S. dollars.
- o **Autosource Valuation Process**
  - ¤ Over 8,000,000 vehicles are entered weekly into the database used for researching this value. This database includes dealer inspected, dealer inventory, dealer advertised, phone verified and advertised private party vehicles.
  - ¤ The originating search area for this valuation was Westminster, South Carolina.
  - ¤ The market area expansion was authorized by Autosource Guidelines.
  - ¤ The odometer adjustment is a key element of a fair market value. As the odometer was not reported to be actual, an adjustment cannot be made, which makes it difficult to accurately place the loss vehicle within the market. If the actual

Report Date 06/03/21                                                2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

odometer becomes available or typical odometer may be used, please contact a Valuation Specialist at 1-800-351-3133.
  ¤ The value of the Package adjustments displayed include only those items that cannot be purchased individually. Other equipment items included in the package that can be purchased separately are adjusted with the vehicle equipment, and these adjustments are noted by the applicable options.
      ¤
o **Other Adjustments or Comments**
  ¤ The tax was calculated based on a date of loss of 05/19/2021 using zip 29693-1907, in Westminster, County, South Carolina. The city may vary from search area to reflect correct tax location.

| Area | Taxed | Rate | Total | Tax % of Market Value |
|------|-------|------|-------|-----------------------|
| South Carolina | $10,000 | 5.0000% | $500.00 | 4.1004% |
| | | Total Tax: | $500.00 | 4.1004% |

o **Conditioning Notes**
  ¤ **INTERIOR**
    ° **Seats:** Slight stains. Slight wear.
    ° **Carpets:** Slight stains.
  ¤ **EXTERIOR**
    ° **Body:** No large impacts or collision dents.
  ¤ **TIRES**
    ° **Rear Tires:** Tires are extremely worn or need replacing.

---

## Vehicle Description

### VIN: 1FTKR4EE7APA03402

*2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab*

**140,273 Miles Not Actual**

*6cyl Gasoline 4.0 SOHC*
*5 Speed Automatic*

| Interior | *Air Conditioning* | *Center Console* | *Split Front Bench Seat* |
|----------|---------------------|-------------------|---------------------------|
| | *Intermittent Wipers* | *Floor Mats* | *Rear Jump Seat(s)* |
| | *Velour/Cloth Seats* | *Tachometer* | |
| Exterior | Bed Liner | *Side Steps* | *Chrome Grille* |
| | *Hinged Fourth Door* | *Hinged Third Door* | *Privacy Glass* |
| | *Rear Step Bumper* | *Sliding Rear Window* | *Tinted Glass* |
| | *Trailer Hitch* | *Styled Steel Wheels* | |
| Mechanical | *Power Brakes* | *Power Steering* | *Skid Plates* |
| | *Full Size Spare Tire* | *Camper/Towing Package* | |
| Safety | *Dual Airbags* | *Anti-Lock Brakes* | Fog Lights |
| | *Halogen Headlights* | *Theft Deterrent System* | |
| Entertainment | *MP3 Decoder* | | |
| Packages | *Pioneer Sound System, Amplifier, AM/FM In-dash CD Changer, MP3 Decoder, Subwoofer* | | |
| | *Power Equipment Group, Keyless Entry System, Power Door Locks, Power Mirrors, Power Windows* | | |

Claim 40-20B8-21M01                    Request 56325269                                    Page 3

Report Date 06/03/21                                    2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

*XLT Package*

Trim Levels              *XLT, Sport                                    * Indicates your trim level

A detailed description of your vehicle was provided to Autosource by a trained appraiser. Through a partnership with Ford, Audatex AudaVIN retrieves the individual vehicle specifications to identify the vehicle specifications including equipment, packages, engine and transmission. Contact State Farm Insurance if revisions are necessary. The bold/italic font indicates options reported by the manufacturer.

## Vehicle Condition

| | |
|---|---|
| **Seats** | Minor Wear. Slight Stains.Slight Wear. |
| **Carpets** | Minor Wear. Slight Stains. |
| **Int Trim** | Minor Damage |
| **Glass** | Good |
| **Headliner** | Good |
| **Body** | Minor Damage. No Large Impacts Or Collision Dents. |
| **Paint** | Minor Wear |
| **Ext Trim** | Minor Damage |
| **Engine** | Minor Wear |
| **Transmission** | Minor Wear |
| **Front Tires** | Good |
| **Rear Tires** | Replace. Tires Are Extremely Worn Or Need Replacing. |

## Market Overview



### 🔲 What is my Vehicle Market Value based on?

**29693-1907, Westminster South Carolina**—Research for your vehicle was based on market analysis originating from your zip/postal code.

Fair and accurate market valuations must balance geographic location with comparability of one vehicle to others. Having the largest and most current database of vehicles for sale provides a comprehensive view of your vehicle's market. In addition to the vehicle inventories received directly from dealerships, Autosource finds comparable vehicle information for vehicles in the same places most buyers look for them—local and national internet websites, vehicle guides, publications and partnerships representing more than 10,000 independent vehicle sources.

### 🔲 How did Autosource make adjustments for my vehicle?

The main factors that affect the retail selling price and marketability of a vehicle are **odometer, equipment and condition.** Therefore, Autosource valuations include adjustments that fairly consider the differences between your vehicle and the typical vehicle found in the market.

- o **Odometer**
    - ¤ Adjustments are made to account for the odometer differences between the loss vehicle and comparable(s).
    - ¤ The odometer adjustment is based on 1.75 cents per mile specific to the 2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab in the state of South Carolina. Odometer adjustments are capped at 40% of the vehicle's starting value.
- o **Equipment**
    - ¤ Adjustments are made to account for the differences in equipment between the loss vehicle and comparable(s).
    - ¤ Equipment adjustments are based on the manufacturer's retail price, adjusted for depreciation
- o **Condition**

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 06/03/21                                                    2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

- ¤ Typical condition is based on hundreds of inspected vehicles
- ¤ Condition adjustments are based on a percentage of the vehicle's value

**Comparable Vehicle Details**

The following information provides the details for the vehicles used to calculate the Autosource Value. The selling price may be substantially less than the asking price. Where indicated, the asking price has been adjusted to account for typical negotiation according to each comparables price.

| 1 | 2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab | 1FTKR4EE7APA10253 | $11,276 |

Stock# V351A. 119618 Miles. 6 Cylinder 4.0 SOHC Engine, 5 Speed Manual, Power Equipment Group, Steering Wheel Package, XLT Package, Anti-Lock Brakes, Air Conditioning, Bucket Seats, Cruise Control, AM/FM CD Player, Chrome Grille, Center Console, Dual Airbags, Floor Mats, Fog Lights, Halogen Headlights, Hinged Fourth Door, Hinged Third Door, Intermittent Wipers, Keyless Entry System, Leather Steering Wheel, MP3 Decoder, Power Brakes, Power Door Locks, Power Mirrors, Power Steering, Power Windows, Rear Step Bumper, Skid Plates, Sliding Rear Window, Sirius Satellite Radio, Styled Steel Wheels, Tachometer, Theft Deterrent System, Tinted Glass, Camper/Towing Package, Trailer Hitch, Tilt Steering Wheel, Velour/Cloth Seats, 15 inch wheels, Armrest, Center Armrest, Payload Package.

Offered for sale by Fairway Ford in Greenville, SC, (864) 242-5060. Vehicle information by Vast on 06/02/21.

The advertised price of $11,996 was adjusted to account for typical negotiation.

| 2 | 2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab | 1FTKR4EE2APA14890 | $12,211 |

Stock# 14196A. 90072 Miles. 6 Cylinder 4.0 SOHC Engine, 5 Speed Automatic, Power Equipment Group, Steering Wheel Package, XLT Package, Anti-Lock Brakes, Air Conditioning, Cruise Control, AM/FM CD Player, Chrome Grille, Center Console, Dual Airbags, Floor Mats, Fog Lights, Halogen Headlights, Hinged Fourth Door, Hinged Third Door, Intermittent Wipers, Keyless Entry System, Leather Steering Wheel, MP3 Decoder, Power Brakes, Power Door Locks, Power Mirrors, Privacy Glass, Power Steering, Power Windows, Rear Jump Seat(s), Rear Step Bumper, Split Front Bench Seat, Skid Plates, Sirius Satellite Radio, Styled Steel Wheels, Tachometer, Theft Deterrent System, Tinted Glass, Camper/Towing Package, Trailer Hitch, Tilt Steering Wheel, Velour/Cloth Seats, Power Outlet, Seat Belts, Auto Dimming Mirror, SMOKERS PACKAGE.

Offered for sale by Harry Auto & Trailer Sales in Loris, SC, (843) 756-0346. Vehicle information by Vast on 05/03/21.

The advertised price of $12,990 was adjusted to account for typical negotiation.

**Administrative Data**

| | |
|---|---|
| Steve IBL9 | Claimant |
| State Farm Insurance | Insured Cobb, Billy |
| STATE FARM SOUTHERN SC Branch | Claim 40-20B8-21M01 |
| | Loss Date 05/19/2021 |
| Tempe AZ 85282 | Loss Type Collision |
| | Policy |
| | Other |

License Expiration 1000-01

**VINSOURCE Analysis**

VIN 1FTKR4EE7APA03402

Decodes as 2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

Accuracy Decodes Correctly

History No activity was reported

AudaVIN Yes

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 06/03/21                                            2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

## Reported Phone Number Analysis

No Vehicles Advertised at (864) 647-6948

No Vehicles Advertised at (706) 834-4249

## NICB Report

NICB/ISO S037 STATE FARM MUTUAL AUTOMOBILE INSURANCE
Member COMPANY
    Claim 40B6949V2                          Loss Date 10/03/19
Type of Loss PROPERTY/CASUALTY                 Phone

NICB/ISO S037 STATE FARM MUTUAL AUTOMOBILE INSURANCE
Member COMPANY
    Claim 4020B821M                          Loss Date 05/19/21
Type of Loss PROPERTY/CASUALTY                 Phone

## Recall Bulletins

Nat'l. Highway Traffic Safety Admin (US) has issued a total of 7 recall bulletins that may apply to this vehicle.

**NHTSA ID Number** 10V202000
    Date Issued 05/11/10
    Quantity Affected 2,934
    Defect Ford is recalling certain model year 2010 ranger vehicles manufactured from June 8, 2009 through February 2, 2010 equipped with manual transmission. It is possible for the parking brake cable to become disconnected from the right rear actuator during cold weather. This may occur when the parking brake is released if wet parking brake shoes have frozen in the applied position. If the right rear parking brake cable becomes disconnected, the pedal will have extended travel and may not fully apply the parking brake.

    A manual transmission vehicle parked in neutral without a fully applied parking brake may have unintended movement which may cause a crash.

    Remedy Dealers will install a revised right rear parking brake actuator to prevent cable disconnection free of charge. The safety recall began on May 21, 2010. Owners may contact Ford at 1-866-436-7332.

**NHTSA ID Number** 11V126000
    Date Issued 02/21/11
    Quantity Affected 23,688
    Defect Ford is recalling certain model year 2010 Ford ranger trucks manufactured from October 15, 2009, through may19, 2010. The engine fuel line in the area of the throttle body shield may not have a protective convolute (cover) properly installed. If the protective convolute on the fuel line is not assembled in the proper position, the edge of the shield may contact the fuel line. Over time this contact may chafe the fuel line, resulting in a fuel odor and a potential fuel leak.

    A sufficient fuel leak in the presence of an ignition source may result in a fire.

    Remedy Dealers will trim the throttle body shield away from the fuel line and inspect the fuel line for wear, and replace the line if necessary free of charge. The safety recall began on March 4, 2011. Owners may contact the Ford motor company customer relationship center at 1-866-436-7332.

**NHTSA ID Number** 11V352000
    Date Issued 07/13/11
    Quantity Affected 26,715
    Defect Ford is recalling certain model year 2011 ranger trucks built from January 25, 2011, through April 25, 2011 at the twin cities assembly plant, and service parts distributed to dealers for certain

Report Date 06/03/21

2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

2004 through 2011 model year ranger trucks, 2002 through 2005 model year excursion vehicles, and 2002 through 2007 model year f-250, f-350, f-450, and f-550 trucks for failing to comply with the requirements of Federal Motor Vehicle Safety Standard No. 108, "lamps, reflective devices, and associated equipment." the multi-function switch was shipped with a subcomponent (slider) that may experience deformation. A multi-function switch with a deformed slider may malfunction causing the turn signal, tail lights, hazard warning signal flashers and/or brake lights not to activate.

Non-functioning lights could increase the risk of a crash.

Remedy  Dealers will replace the switches free of charge. The safety recall began on August 15, 2011. Owners may contact Ford motor company customer relationship center at 1-866-436-7332.

**NHTSA ID Number** 18V046000

Date Issued 01/11/18

Quantity Affected 327,796

Defect  Ford Motor Company (Ford) is recalling certain 2013 Ford Mustang vehicles sold, or ever registered in the states of Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands (Saipan), and the U.S. Virgin Islands or "Zone A."

Additionally, Ford is recalling certain 2010 Ford Edge, Fusion, Mustang and Ranger, Lincoln MKX and Zephyr/MKZ, and Mercury Milan vehicles ever registered in the states of Arizona, Arkansas, Delaware, District of Columbia, Illinois, Indiana, Kansas, Kentucky, Maryland, Missouri, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Virginia, and West Virginia or "Zone B."

Ford is also recalling certain 2009 Ford Edge, Fusion, Mustang and Ranger, Lincoln MKX and Zephyr/MKZ, and Mercury Milan vehicles ever registered in the states of Alaska, Colorado, Connecticut, Idaho, Iowa, Maine, Massachusetts, Michigan, Minnesota, Montana, New Hampshire, New York, North Dakota, Oregon, Rhode Island, South Dakota, Utah, Vermont, Washington, Wisconsin, and Wyoming or "Zone C."

These vehicles are equipped with air bag inflators assembled as part of the passenger frontal air bag modules, used as original equipment or replacement equipment (such as after a vehicle crash necessitating replacement of the original air bags), that may explode due to propellant degradation occurring after long-term exposure to high absolute humidity, temperature and temperature cycling.

Remedy  Ford will notify owners, and dealers will replace the passenger frontal air bag inflator, free of charge. The recall is expected to begin February 19, 2018. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall is 18S01.

**NHTSA ID Number** 19V001000

Date Issued 01/07/19

Quantity Affected 782,384

Defect  Ford Motor Company (Ford) is recalling certain 2014 Ford Mustang vehicles sold, or ever registered, in the states of Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands (Saipan), and the U.S. Virgin Islands or "Zone A."

Additionally, Ford is recalling certain 2011 Ford Ranger and Mercury Milan vehicles, 2011-2012 Ford Fusion and Lincoln Zephyr/MKZ vehicles and 2011-2014 Ford Mustang vehicles sold, or ever registered, in the states of Arizona, Arkansas, Delaware, District of Columbia, Illinois, Indiana, Kansas, Kentucky, Maryland, Missouri, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Virginia, and West Virginia or "Zone B."

Ford is also recalling certain 2010 Ford Edge and Lincoln MKX vehicles, 2010-2011 Ford Ranger and Mercury Milan vehicles, 2010-2012 Ford Fusion and Lincoln Zephyr/MKZ vehicles, and 2010-2014 Ford Mustang vehicles sold, or ever registered, in the states of AK, CO, CT, ID, IA, ME, MA, MI, MN, MT, NH, NY, ND, OR, RI, SD, UT, VT, WA, WI, and WY or "Zone C."

These vehicles are equipped with air bag inflators assembled as part of the passenger frontal air bag modules, used as original equipment or replacement equipment (such as after a vehicle crash necessitating replacement of the original air bags), that may explode due to propellant

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

Report Date 06/03/21                                            2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

degradation occurring after long-term exposure to high absolute humidity, temperature and temperature cycling.

Remedy Ford will notify owners, and dealers will replace the passenger frontal air bag inflator, free of charge. The recall is expected to begin February 18, 2019. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall is 19S01.

**NHTSA ID Number** 21V081000

Date Issued 02/16/21

Quantity Affected 1,067

Defect Ford Motor Company (Ford) is recalling certain 2005-2014 Mustang, 2004-2011 Ranger, 2009-2011 Mercury Milan, 2006 Ford GT, 2008-2012 Fusion, 2007-2010 Edge and Lincoln MKX, and 2009-2010 Lincoln MKZ vehicles. These vehicles may be equipped with a driver or passenger frontal air bag inflator used as a replacement service part, that may explode due to propellant degradation occurring after long-term exposure to high absolute humidity, temperature and temperature cycling.

Remedy Ford will notify owners, and dealers will inspect the driver and passenger air bag module, and replace either the module or the inflator, if necessary, free of charge. The recall is expected to begin March 8, 2021. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall is 21S05.

**NHTSA ID Number** 21V158000

Date Issued 03/10/21

Quantity Affected 2,602,668

Defect Ford Motor Company (Ford) is recalling certain 2007-2011 Ranger, 2006-2012 Fusion, Lincoln Zephyr, Lincoln MKZ, 2006-2011 Mercury Milan, 2007-2010 Ford Edge, and Lincoln MKX vehicles. The driver's side air bag inflator may explode due to propellant degradation occurring after long-term exposure to high absolute humidity, high temperatures, and high temperature cycling.

Remedy Ford will notify owners, and dealers will replace the driver-side airbag inflator or module with an alternate one, free of charge. The recall is expected to begin April 1, 2021. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall is 21S12.

---

**Original Equipment Guide**

| Engine Options | | | Transmission Options | | |
|---|---|---|---|---|---|
| * 6 Cylinder 4.0 SOHC Engine | | STD | 5 Speed Manual | | STD |
| | | | * 5 Speed Automatic | | $1,000 |
| **Other Optional Equipment** | | | **Radio/Phone/Alarm Options** | | |
| * Anti-Lock Brakes | | STD | AM/FM CD Player | | STD |
| * Amplifier | | TYP | * AM/FM In-dash CD Changer | | $240 |
| * Bed Liner | | $275 | * MP3 Decoder | | STD |
| Bed Extender | | $195 | Sirius Satellite Radio | | $195 |
| Bodyside Moldings | | $60 | * Subwoofer | | TYP |
| * Chrome Grille | | STD | * Theft Deterrent System | | STD |
| Chrome Side Steps | | | **Convenience Options** | | |
| * Center Console | | STD | * Air Conditioning | | STD |
| * Dual Airbags | | STD | Cruise Control | | |
| Engine Block Heater | | | Daytime Running Lights | | $45 |
| * Fog Lights | | $115 | * Floor Mats | | STD |
| * Halogen Headlights | | STD | Tilt Steering Wheel | | |
| * Hinged Fourth Door | | STD | **Power Accessories** | | |
| * Hinged Third Door | | STD | * Power Brakes | | STD |

Claim 40-20B8-21M01                Request 56325269                                    Page 8

Report Date 06/03/21                                                2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

| | | | | | |
|---|---|---|---|---|---|
| * | Intermittent Wipers | STD | * | Power Door Locks | TYP |
| | Keyless Entry Keypad | $95 | * | Power Mirrors | TYP |
| * | Keyless Entry System | TYP | * | Power Steering | STD |
| | Limited Slp Differential | | * | Power Windows | TYP |
| | Leather Steering Wheel | | | **Seat Options** | |
| * | Privacy Glass | $110 | | Bucket Seats | $330 |
| | Remote Starter | $435 | | Leather Seats | $385 |
| * | Rear Step Bumper | STD | * | Rear Jump Seat(s) | TYP |
| * | Skid Plates | STD | * | Split Front Bench Seat | STD |
| * | Sliding Rear Window | $125 | * | Velour/Cloth Seats | STD |
| * | Side Steps | $300 | | **Wheel Options** | |
| * | Tachometer | STD | | Aluminum/Alloy Wheels | $315 |
| * | Tinted Glass | STD | * | Styled Steel Wheels | STD |
| * | Camper/Towing Package | STD | | **Tires** | |
| * | Trailer Hitch | STD | * | Full Size Spare Tire | $110 |

### Option Packages

| | Package | Price | Details |
|---|---|---|---|
| | 3.55 Ratio | $300 | Includes Limited Slp Differential |
| | BFT Component Package | $490 | Includes Limited Slp Differential, Payload Package #2, 3.55 Ratio, 3.55 Axle Ratio, Heavy Duty Gas-Charged Shocks, 5100# GVWR |
| | Bright Trim Group | $355 | Includes Chrome Side Steps, Chrome Exhaust Tip(s), Chrome Mirror Caps |
| | Cold Weather Package | $90 | Includes Engine Block Heater |
| | Leather Bucket Seats | $715 | Includes Bucket Seats, Leather Seats |
| | Payload Package #2 | $75 | Includes Heavy Duty Gas-Charged Shocks, 5100# GVWR |
| * | Pioneer Sound System | $450 | Includes Amplifier, AM/FM In-dash CD Changer, MP3 Player, Subwoofer, Tweeters |
| * | Power Equipment Group | $405 | Includes Keyless Entry System, Power Door Locks, Power Mirrors, Power Windows |
| | Steering Wheel Package | $385 | Includes Cruise Control, Leather Steering Wheel, Tilt Steering Wheel |
| * | XLT Package | STD | |

Base retail price    $23,205

**Loss Vehicle manufacturer's suggested retail price as reported    $26,095**

Editions available for the same body style (in order of original cost, increasing): *XLT, Sport

* Indicates loss vehicle equipment.

### About Your Valuation

This report contains proprietary information of Audatex and its partners and shall not be disclosed to any third party (other than the insurer or insured, or their legal representative; or claimant or claimant's insurer for purposes of subrogation) without Audatex's prior written consent. If you are the insured or claimant and have questions regarding the description of your vehicle, please contact the insurance company that is handling your claim. Information within VINsource/NICB is provided solely to identify potential duplicative claims activity. User agrees to use such information solely for lawful purposes.

Tax rates contained herein are based on general sales tax data provided by Vertex Inc. Excise, use, registration, licensing and other taxes and fees that may be applicable are not included. Audatex makes no representations or warranties concerning the applicability or accuracy of such tax data.

Report Date 06/03/21

2010 Ford Ranger XLT 2WD 4D Short Bed Ext Cab

Report Generated by Audatex, a Solera Company



US Pat. No 7912740B2

US Pat. No 8200513B2

US Pat. No 8468038B2

US Pat. No 8725544

© 2021 Audatex North America, Inc. All Rights Reserved.

ELECTRONICALLY FILED - 2021 Oct 15 3:40 PM - OCONEE - COMMON PLEAS - CASE#2021CP3700701

DE
P.O. BOX 100105
COLUMBIA, S.C. 29202-3105

9489 0090 0027 6033 0584 27



U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 29201     $ 007.96
02  4W
0000345957 OCT  20  2021

# CERTIFIED MAIL

## RETURN RECEIPT REQUESTED

## SERVICE OF PROCESS

STATE FARM FIRE AND CASUALTY CO
c/o Corporation Service Company
508 Meeting Street
West Columbia, SC 29169